

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| RENE RAYOS, | § | No. 08-13-00347-CV |
| Appellant, | § | Appeal from |
| v. | § | 393rd District Court |
| DALLAS AREA RAPID TRANSIT, | § | of Denton County, Texas |
| Appellee. | § | (TC # 2011-60285-393) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF FEBRUARY, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.